

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00396-CV

David Gene **BECKA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1257
Honorable Andrew Wyatt Carruthers, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's May 28, 2024 Art. 46B Order for Extended Outpatient Mental Health Services is REVERSED. We RENDER judgment releasing appellant David Gene Becka from commitment to court-ordered outpatient mental health services. We order appellee to pay the costs of this appeal.

SIGNED April 2, 2025.

_____
Lori I. Valenzuela, Justice